UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| IBRAHIMA CAMARA, | : Case No. 1:25-cv-740 |
| *Petitioner*, | : |
| vs. | : District Judge Jeffery P. Hopkins <br> : Magistrate Judge Peter B. Silvain, Jr. |
| ROBERT K. LYNCH, | : |
| *Respondent*. | : |

**ORDER**

Ibrahima Camara brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. In order to preserve its jurisdiction, and pursuant to its authority under the All Writs Act, the Court **ORDERS** that Respondents shall neither remove Ibrahima Camara from this District nor allow him to be removed from this District unless or until the Court orders otherwise.[1] *See* 28 U.S.C. § 1651(a). This order should not be construed as an expression of the Court's views on the merits of this matter. *See Wheaton Coll. v. Burwell*, 573 U.S. 958, 959 (2014).

The Clerk is **DIRECTED** to (1) immediately serve Respondents with a copy of the petition and its accompanying papers, along with a copy of this order, by **overnight mail** and by **email** to the United States Attorney's Office for the Southern District of Ohio; and (2) promptly file proof of such service on the docket. Counsel for Respondents shall promptly

---

[1] The Court's directive applies with equal force to any individual, group, or entity working in concert with or on behalf of Respondent.

enter notices of appearance.

**IT IS SO ORDERED.**

October 20, 2025

Jeffery P. Hopkins
United States District Judge