**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

IBRAHIMA CAMARA,                    :
                                    :
    *Petitioner*,                  :   Case No. 1:25-cv-740
                                    :
v.                                  :   Judge Jeffery P. Hopkins
                                    :   Magistrate Judge Peter B. Silvain, Jr.
ROBERT K. LYNCH,                    :
                                    :
    *Respondent*.                  :
                                    :

---

### ORDER REGARDING GENERAL ORDER 25-04

---

Effective October 29, 2025, United States District Court for the Southern District of Ohio General Order 25-04, *as amended*, **ORDERED** that all civil litigation involving as a party the United States of America, its agencies, its officers or employees, … be immediately suspended, postponed, and held in abeyance continuing for a period of fourteen (14) days from October 29, 2025. Habeas corpus cases pending or filed under Chapter 153 of Title 28 are expressly exempted from the amended General Order. **Thus, the instant case is not stayed and remains active.**

    **IT IS SO ORDERED.**

November 4, 2025

_____
Jeffery P. Hopkins
United States District Judge